**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Nicholas E. PATRICK, Petitioner.**

Supreme Court of Pennsylvania.

July 19, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 19th day of July 2011, the Petition for Allowance of Appeal is **DENIED.**

Justice TODD did not participate in the consideration or decision of this matter.

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.

**WEST PENN ALLEGHENY HEALTH SYSTEM d/b/a Allegheny General Hospital**

v.

**MEDICAL CARE AVAILABILITY AND REDUCTION OF ERROR FUND (MCARE), and Kiana Townes, a Minor, by Tamara Blanchard, Guardian.**

**Appeal of Medical Care Availability and Reduction of Error Fund (Mcare).**

Supreme Court of Pennsylvania.

July 19, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 19th day of July, 2011, the Order of the Commonwealth Court is hereby **AFFIRMED.**